IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00204-RJC-DSC

| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RODNEY DEVON DUNCAN | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the return of a not guilty verdict following a jury trial. (Doc. No. 36).

**IT IS, THEREFORE, ORDERED** that the defendant is acquitted, discharged, and any bond exonerated.

Signed: August 29, 2019

Robert J. Conrad, Jr.
United States District Judge